3153 (Rev. 01-19)

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: Jeannette Sandra Patman
37814 Charter Oaks Blvd.
Clinton Township, MI 48036

Case No.: 22-48338
Chapter 13
Honorable: Lisa S. Gretchko

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | |
|---|---|
| Secured: Claim No. | $ |
| Priority: Claim No. 9-1 | $812.36 |
| Unsecured: Claim No. 9-1 | $1,019.28 |
| Administrative: Claim No. | $ |

Total to be withdrawn: $1,831.64

/s/ Kavita Kale

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy